IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>   Plaintiff,<br><br>v.<br><br>Phoenix North Bell M6 LLC, et al.,<br><br>   Defendants. | No. CV-20-02065-PHX-DLR<br><br>**ORDER** |

  The Court has an independent duty to determine whether it has subject-matter jurisdiction over cases before it. *See United Investors Life Ins. Co. v. Waddell & Reed Inc.*, 360 F.3d 960, 967 (9th Cir. 2004). Recently, judges on this Court have remanded or dismissed similar cases filed by this Plaintiff for lack of standing to bring a claim under the Americans with Disabilities Act ("ADA"). *See, e.g.*, *Strojnik v. Driftwood Hosp. Mgmt. LLC*, No. CV-20-00343-PHX-DJH, 2021 WL 50456 (D. Ariz. Jan. 6, 2021); *Strojnik v. B&L Motels Inc.*, No. CV-20-08306-PHX-SPL, 2020 WL 7350897 (D. Ariz. Dec. 15, 2020); *Strojnik v. Lonesome Valley Hosp. LLC*, No. CV-20-08276-PHX-SPL, 2020 WL 7041347 (D. Ariz. Dec. 1, 2020). The Court likewise questions Plaintiff's standing to bring his ADA claim in federal court and, if he lacks standing, whether the Court should remand the entire case for lack of subject-matter jurisdiction. Accordingly,

  **IT IS ORDERED** that, by no later than **February 12, 2021**, Plaintiff shall file a supplemental brief, limited to 10 pages, addressing whether he has Article III standing to

bring this ADA claim in federal court.  Defendants shall file a response, limited to 10 pages, by no later than **February 26, 2021**.  Plaintiff may file an optional reply, limited to 5 pages, by no later than **March 5, 2021**.

Dated this 28th day of January, 2021.

Douglas L. Rayes
United States District Judge